| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-11088<br>Northern District of Illinois<br>Eastern Division<br>Thu Apr 23 15:02:37 CDT 2020 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AT&T CORP<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Ally Financial<br>Attn: Bankruptcy Dept<br>Po Box 380901<br>Bloomington, MN 55438-0901 | AmeriHome Mortgage<br>Attn: Bankruptcy<br>21215 Burbank Blvd, 4th Floor<br>Woodland Hills, CA 91367-7091 | Amita Health<br>417 Bridge St.<br>Danville, VA 24541-1403 |
| Blitt & Gaines<br>661 Glenn Ave.<br>Wheeling, IL 60090-6017 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 |
| Capital One Auto Finance<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance, a division of<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 |
| Citibank/Best Buy<br>Attn: Bankruptcy<br>Po Box 790441<br>St. Louis, MO 63179-0441 | Comenity Bank/Carsons<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Harlem Furniture<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Bank/Lane Bryant<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Credit Control LLC<br>PO BOX 31179<br>Tampa, FL 33631-3179 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 |
| Franklin Collection Service, Inc.<br>Attn: Bankruptcy<br>Po Box 3910<br>Tupelo, MS 38803-3910 | Global Credit Collections<br>PO BOX 129<br>Linden, MI 48451-0129 | Illiana Financial CU<br>Attn: Bankruptcy Dept<br>Po Box 1249<br>Calumet City, IL 60409-1249 |
| Kohls/Capital One<br>Kohls Credit<br>Po Box 3120<br>Milwaukee, WI 53201-3120 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Mabtc/tfc<br>Attn: Bankruptcy<br>Po Box 13306<br>Chesapeake, VA 23325-0306 |

| | | |
|---|---|---|
| Mandarich Law Group<br>420 N Wabash Ave.<br>Suite 400<br>Chicago, IL 60611-3542 | Michael Dimand<br>125 E. Lake St.<br>#206<br>Bloomingdale, IL 60108-1117 | MidFirst Bank<br>999 NW Grand Boulevard<br>Suite 100<br>Oklahoma City, OK 73118-6051 |
| MidFirst Bank<br>c/o Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 | Midland Mortgage Co<br>Attn: Customer Service/Bankruptcy<br>Po Box 26648<br>Oklahoma City, OK 73126-0648 | Myers Njus Tancik PA<br>330 2nd Ave. South<br>Suite 350<br>Minneapolis, MN 55401-2212 |
| Northland Group Inc.<br>PO BOX 390905<br>Minneapolis, MN 55439-0905 | Portfolio Recovery<br>Po Box 41021<br>Norfolk, VA 23541-1021 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Radius Global Solutions LLC<br>PO BOX 390846<br>Minneapolis, MN 55439-0846 | Rogers & Hollands<br>Attn: Bankruptcy<br>Po Box 879<br>Matteson, IL 60443-0879 |
| Rogers & Hollands Jewelers<br>c/o Dimand Law Offices, P.C.<br>125 E. Lake St., Suite 206<br>Bloomingdale, IL 60108-1117 | Syncb/car Care Pep B<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Syncb/hhgreg<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | Synchrony Bank/Walmart<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Visa Dept Store National Bank/Macy's<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 | Wells Fargo Hm Mortgag<br>Po Box 10335<br>Des Moines, IA 50306-0335 | Frank L Vosholler III<br>Law Office of Frank L. Vosholler III<br>17726 Oak Park Ave.<br>Unit J<br>Tinley Park, IL 60477-4450 |
| Mary A Villarreal<br>5421 138th Street<br>Crestwood, IL 60418-1618 | Noe Villarreal<br>5421 138th Street<br>Crestwood, IL 60418-1618 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Po Box 15298<br>Wilmington, DE 19850 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o Menards<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)MIDFIRST BANK | (d)Capital One Auto Finance, a division of Ca<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | End of Label Matrix<br>Mailable recipients    54<br>Bypassed recipients     2<br>Total                  56 |