| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Noe Villarreal** | Social Security number or ITIN | xxx–xx–2598 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Mary A Villarreal** | Social Security number or ITIN | xxx–xx–1330 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter 13 | 4/17/19 |
| Case number: | **19–11088** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                                        12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Noe Villarreal | Mary A Villarreal |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5421 138th Street<br>Crestwood, IL 60418 | 5421 138th Street<br>Crestwood, IL 60418 |
| 4. | **Debtor's attorney**<br>Name and address | Frank L Vosholler III<br>Law Office of Frank L. Vosholler III<br>611 Rodney Ct.<br>Lockport, IL 60441 | Contact phone 1–708–341–2060<br>Email: frankvosholler@hotmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603 | Contact phone 312 294–5900 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 4/18/19 |

**For more information, see page 2**

Debtor **Noe Villarreal** and **Mary A Villarreal**                                                                           Case number **19–11088**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 28, 2019 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | **Location:**<br>**55 East Monroe, Suite 3850, Chicago, IL 60603** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/29/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/26/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/15/19** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**6/17/19** at **10:30 AM** , Location: **219 South Dearborn, Courtroom 680, Chicago, IL 60604**<br><br>**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 1000.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 19-11088-JPC
Noe Villarreal                                                          Chapter 13
Mary A Villarreal
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: kcollopyn          Page 1 of 2          Date Rcvd: Apr 18, 2019
                              Form ID: 309I            Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2019.
```
db/jdb         +Noe Villarreal,    Mary A Villarreal,    5421 138th Street,    Crestwood, IL 60418-1618
27757504      #+AmeriHome Mortgage,    Attn: Bankruptcy,    21215 Burbank Blvd, 4th Floor,
                 Woodland Hills, CA 91367-7091
27757505       +Amita Health,    417 Bridge St.,    Danville, VA 24541-1403
27757511       +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
27757515       +Credit Control LLC,    PO BOX 31179,    Tampa, FL 33631-3179
27757516       +Franklin Collection Service, Inc.,    Attn: Bankruptcy,    Po Box 3910,    Tupelo, MS 38803-3910
27757518       +Illiana Financial CU,    Attn: Bankruptcy Dept,    Po Box 1249,    Calumet City, IL 60409-1249
27757520       +Mabtc/tfc,    Attn: Bankruptcy,    Po Box 13306,    Chesapeake, VA 23325-0306
27757521       +Mandarich Law Group,    420 N Wabash Ave.,    Suite 400,    Chicago, IL 60611-3542
27757522       +Michael Dimand,    125 E. Lake St.,    #206,    Bloomingdale, IL 60108-1117
27757523       +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
27757524       +Myers Njus Tancik PA,    330 2nd Ave. South,    Suite 350,    Minneapolis, MN 55401-2212
27757525       +Northland Group Inc.,    PO BOX 390905,    Minneapolis, MN 55439-0905
27757527       +Radius Global Solutions LLC,    PO BOX 390846,    Minneapolis, MN 55439-0846
27757533       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: frankvosholler@hotmail.com Apr 19 2019 01:57:42      Frank L Vosholler, III,
                 Law Office of Frank L. Vosholler III,    611 Rodney Ct.,    Lockport, IL 60441
tr             +E-mail/Text: bncnotice@tomvaughntrustee.com Apr 19 2019 12:31:53      Tom Vaughn,
                 55 E. Monroe Street, Suite 3850,    Chicago, IL 60603-5764
ust            +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Apr 19 2019 01:58:38      Patrick S Layng,
                 Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
                 Chicago, IL 60604-2027
27757503       +EDI: GMACFS.COM Apr 19 2019 05:33:00      Ally Financial,    Attn: Bankruptcy Dept,
                 Po Box 380901,    Bloomington, MN 55438-0901
27757506       +E-mail/Text: bk@blittandgaines.com Apr 19 2019 01:58:22      Blitt & Gaines,    661 Glenn Ave.,
                 Wheeling, IL 60090-6017
27757508       +EDI: CAPITALONE.COM Apr 19 2019 05:33:00      Capital One,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
27757507       +EDI: CAPITALONE.COM Apr 19 2019 05:33:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
27757509       +EDI: CAPONEAUTO.COM Apr 19 2019 05:33:00      Capital One Auto Finance,    Attn: Bankruptcy,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
27757510       +EDI: CHASE.COM Apr 19 2019 05:33:00      Chase Card Services,    Po Box 15298,
                 Wilmington, DE 19850-5298
27757512       +EDI: WFNNB.COM Apr 19 2019 05:33:00      Comenity Bank/Carsons,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
27757513       +EDI: WFNNB.COM Apr 19 2019 05:33:00      Comenity Bank/Harlem Furniture,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
27757514       +EDI: WFNNB.COM Apr 19 2019 05:33:00      Comenity Bank/Lane Bryant,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
27757517       +E-mail/Text: bankruptcy@affglo.com Apr 19 2019 01:58:52      Global Credit Collections,
                 PO BOX 129,    Linden, MI 48451-0129
27757519       +EDI: CBSKOHLS.COM Apr 19 2019 05:33:00      Kohls/Capital One,    Kohls Credit,    Po Box 3120,
                 Milwaukee, WI 53201-3120
27757519       +E-mail/Text: bncnotices@becket-lee.com Apr 19 2019 01:58:07      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
27757526       +EDI: PRA.COM Apr 19 2019 05:33:00      Portfolio Recovery,    Po Box 41021,
                 Norfolk, VA 23541-1021
27757528       +E-mail/Text: creditsupervisors@rogent.com Apr 19 2019 01:59:56      Rogers & Hollands,
                 Attn: Bankruptcy,    Po Box 879,    Matteson, IL 60443-0879
27757529       +EDI: RMSC.COM Apr 19 2019 05:33:00      Syncb/car Care Pep B,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
27757530       +EDI: RMSC.COM Apr 19 2019 05:33:00      Syncb/hhgreg,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
27761971       +EDI: RMSC.COM Apr 19 2019 05:33:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
27757531       +EDI: RMSC.COM Apr 19 2019 05:33:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
27757532       +EDI: RMSC.COM Apr 19 2019 05:33:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
27757534       +EDI: WFFC.COM Apr 19 2019 05:33:00      Wells Fargo Hm Mortgag,    Po Box 10335,
                 Des Moines, IA 50306-0335
                                                                                               TOTAL: 23
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: kcollopyn           Page 2 of 2                   Date Rcvd: Apr 18, 2019
                              Form ID: 309I             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2019 at the address(es) listed below:

```
        Frank L Vosholler, III    on behalf of Debtor 2 Mary A Villarreal frankvosholler@hotmail.com,
         voshollerfr80527@notify.bestcase.com
        Frank L Vosholler, III    on behalf of Debtor 1 Noe  Villarreal frankvosholler@hotmail.com,
         voshollerfr80527@notify.bestcase.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Tom Vaughn    ecf@tvch13.net, ecfchi@gmail.com
                                                                                            TOTAL: 4
```